FILED

03/18/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0092

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0092

IN THE MATTER OF:

F.S.,

Respondent and Appellant.

**ORDER**

Upon consideration of Appellee's motion for a 45-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including May 5, 2021, within which to prepare, serve, and file its response brief.

DM

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 18 2021